United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Rosa Estela CALLEJAS DE RIVAS | § | |
| | § | **Civil Action No. 4:26-cv-7643** |
| Petitioner, | § | |
| | § | |
| v. | § | **HONORABLE JUDGE** |
| | § | **GEORGE C. HANKS, JR.** |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Upon consideration of Petitioner's Notice of Voluntary Dismissal Without Prejudice Pursuant F.R.C.P. 41(a)(1)(A)(i), the Court finds that Petitioner's habeas petition is dismissed WITHOUT PREJUDICE.

SIGNED this 19 day of November, 2026.

George C. Hanks Jr
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE